CHARLES GERBINO, an Infant, by MARIE GERBINO, His Guardian ad Litem, Respondent, *v.* GREENHUT-SIEGEL-COOPER COMPANY, Appellant.

Reported below, 165 App. Div. 763.
(Submitted May 3, 1915; decided May 11, 1915.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the ground of failure to file the required undertaking.

*Louis Boehm* for motion.

*Theodore H. Lord* and *Lyman A. Spalding* opposed.

Motion denied on condition that appellant within twenty days files and serves the undertaking prescribed by section 1326 of the Code of Civil Procedure; in default of complying with this condition the motion to dismiss appeal is granted and the appeal dismissed, with costs and ten dollars costs of motion.